# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-1630

_____

JoAnne S. Wilson

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 18, 2017
Filed: December 21, 2017
[Unpublished]

_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

JoAnne S. Wilson filed a complaint in the district court challenging adverse decisions on her 2006 applications for disability insurance benefits and disabled

widow's benefits. The district court[1] reversed and remanded, under sentence four of 42 U.S.C. § 405(g), for further development of the record, and Wilson appeals. We find no abuse of discretion in the district court's resolution of the issues Wilson raised below. See Higgins v. Apfel, 222 F.3d 504, 505 (8th Cir. 2000) (standard of review); see also Forney v. Apfel, 524 U.S. 266, 271 (1998) (where claimant sought a reversal of denial of benefits and district court instead remanded under sentence four for further proceedings, claimant could appeal district court decision insofar as it denied her all relief she sought). Accordingly, we affirm. See 8th Cir. R. 47B.[2]

———————————————————

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Abbie Crites-Leoni, United States Magistrate Judge for the Eastern District of Missouri.

[2]We note the record reflects multiple errors on the Social Security Administration's part in the handling of the applications at issue here, as well as in the handling of Wilson's prior applications. In light of this, we encourage the Commissioner to take appropriate measures to expedite the proceedings on remand.